IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| --- | --- | --- |
|  | : | NO. 12-295-3 |
| v. | : |  |
|  | : |  |
| STEIN SCRUGGS | : |  |

**O R D E R**

**AND NOW,** this 4th day of June, 2013, upon consideration of the Motion to Suppress Physical Evidence (Docket No. 54), the Motion to Suppress Statement (Docket No. 55), the hearing conducted on April 29 and May 7, 2013 in the presence of Stein Scruggs, defense counsel, and counsel for the Government, and the memoranda submitted to the Court, **IT IS HEREBY ORDERED** that the Motions are **DENIED**.


BY THE COURT:


S/Gene E.K. Pratter
Gene E.K. Pratter
United States District Judge