IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| v. | NO. 12-295-3 |
| STEIN SCRUGGS | |

# O R D E R

**AND NOW**, this 18th day of November, 2025, upon consideration of Defendant Stein Scruggs's Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(1)(A) (ECF No. 225) and the Government's response thereto (ECF No. 226), **IT IS HEREBY ORDERED** that the Motion is **DENIED**.

BY THE COURT:

S/ WENDY BEETLESTONE
WENDY BEETLESTONE, C.J.